PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-00930-GEB-EFB |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $37,009.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America applies for an order of publication as follows:

1.     Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.     Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.     The defendant asset was seized by Homeland Security Investigations (HSI) on March 3, 2016, in the city of Sacramento, in Sacramento County, California.

4.     The United States proposes that publication be made as follows:

        a.     One publication;

        b.     Thirty (30) consecutive days;

1

1        c.      On the official internet government forfeiture site www.forfeiture.gov;

2        d.      The publication is to include the following:

3             (1)      The Court and case number of the action;

4             (2)      The date of the seizure/posting;

5             (3)      The identity and/or description of the property seized/posted;

6             (4)      The name and address of the attorney for the Plaintiff;

7             (5)      A statement that claims of persons entitled to possession or claiming

8  an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

9  attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet

10  government forfeiture site; and

11             (6)      A statement that answers to the Complaint or a motion under Rule 12 of the

12  Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after

13  the filing of the claims and, in the absence thereof, default may be entered and condemnation

14  ordered.

15  Dated:  5/2/2016                     PHILLIP A. TALBERT
                                         Acting United States Attorney

16

17                              By:    /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN

18                                      Assistant U.S. Attorney

19      IT IS SO ORDERED.

20

21  Dated:  May 17, 2016

22                                  EDMUND F. BRENNAN
                                United States Magistrate Judge

23

24

25

26

27

28

2

Application and Order
For Publication